UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LAW OFFICES OF ALAN L. ZEGAS**
60 Morris Turnpike, 3rd Floor West
Summit, New Jersey 07901
(O) 973-379-1999
(F) 973-379-1998
Attorneys for Defendant, Reyad Salahaldeen
Attorney I.D. 02133-1981

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**REYAD SALAHALDEEN, et al.**<br><br>Defendant. | CRIMINAL ACTION<br><br>Criminal No.: 20-CR-839 (MAS)<br><br>**SUBSTITUTION OF ATTORNEY** |

Hassan Elkhalil, Esq., Elkhalil Law, P.C., attorney for Defendant Reyad Salahaldeen, hereby consents to the substitution of the Law Offices of Alan L. Zegas, as new attorneys for Mr. Salahaldeen.

**ELKHALIL LAW, P.C.**                                 **LAW OFFICES OF ALAN L. ZEGAS**

_____                     _____
Hassan Elkhalil                                                            Alan L. Zegas
Withdrawing Attorney                                               New Attorneys for Reyad Salahaldeen

Dated:                                                                           Dated: OCTOBER 27, 2021