UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-cr-839 (MAS) |
| v. | SCHEDULING ORDER |
| REYAD SALAHALDEEN and MOHAMAD MUSTAFA | |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey, and Joseph S. Beemsterboer, Acting Chief, U.S. Department of Justice, Criminal Division, Fraud Section (Rebecca Yuan and Gary Winters, Trial Attorneys, U.S. Department of Justice, Criminal Division, Fraud Section, appearing); and defendants Reyad Salahaldeen (Alan Zegas, Esq., appearing) and Mohamad Mustafa (Douglas Gilfillan, Esq., appearing); and the parties having met and conferred and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this 7th day of February, 2022, ORDERED that:

1.  A status conference shall be held on June 2, 2022, at 10:00 a.m., in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; to consider any discovery disputes if necessary; to set a schedule for pretrial motions; and to set a date for trial.

_____
Honorable Michael A. Shipp
United States District Judge

Consented to as to form and entry:

s/ Rebecca Yuan
REBECCA YUAN
GARY WINTERS
Trial Attorneys, U.S. Department of Justice

s/ Alan Zegas
ALAN ZEGAS
Counsel for Defendant Reyad Salahaldeen

s/ Douglas Gilfillan
DOUGLAS GILFILLAN
Counsel for Defendant Mohamad Mustafa