DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REYAD SALAHALDEEN,<br><br>Defendant. | Criminal No. 21-cr-839<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that on February 10, 2026, the United States submitted sentencing materials to the Court in this case concerning the defendant, Reyad Salahaldeen.

Date:   February 10, 2026

LORINDA LARYEA
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By:   s/ Gary A. Winters

REBECCA YUAN
Acting Principal Assistant Chief
GARY A. WINTERS
Acting Assistant Chief
Criminal Division, Fraud Section
U.S. Department of Justice