UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Docket No.: 3:20CR-00839 (MAS) |
| Plaintiff, | |
| vs. | **SENTENCING SUBMISSION NOTICE OF DEFENDAN REYAD SALAHALDEEN** |
| **REYAD SALAHALDEEN,** | |
| Defendant. | |

Please be advised that, on April 30, 2026, the defendant, Reyad Salahaldeen, submitted sentencing materials to the Court in this case.

LAW OFFICES OF ALAN L. ZEGAS

/s/ Alan L. Zegas
By: Alan L. Zegas